# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JAMES DALE ALDAY, )
    Plaintiff, )
)
v. ) CASE NO. CV416-134
)
CIRCLE K STORES, INC.; )
    Defendant. )

## O R D E R

Before the Court is Plaintiff's Motion to Remand to the State Court of Chatham County, Ga. (Doc. 4.) Plaintiff has filed a Notice of Withdrawal of the Motion to Remand which the Court construes as a motion to withdraw. (Doc. 12.) After consideration of the record in this case, Plaintiff's motion is **GRANTED** and Plaintiff's Motion to Remand (Doc. 4.) is **WITHDRAWN**.

SO ORDERED this 30th day of September 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA