IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES DALE ALDAY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV416-134
 )
CIRCLE K STORES, INC., )
 )
    Defendant. )
 )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 35.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its or his own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of January 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA